JOHN J. LEVY, Appellant, *v.* JOHN F. STRAUSS, JR., et al., as Executors of FREDERICK STRAUSS, Deceased, et al., as Copartners of the Firm of J. & W. SELIGMAN & Co., Respondents.

Argued December 8, 1941; decided February 26, 1942.

*Allan R. Campbell* for appellant.

*Bruce Bromley, Albert R. Connelly* and *Harold R. Medina, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.